## THEODORE N. LENCZYK *v.* MICHAEL A. GEORGETTI, ADMINISTRATOR D.B.N. (ESTATE OF THEODORE D. LENCZYK) (AC 16903)

Foti, Hennessy and Stoughton, Js.

Argued February 19—officially released March 10, 1998

Per Curiam. The judgments are affirmed.

## JOSEPH K. MIMMS *v.* DARIEN CAPITAL MANAGEMENT, INC., ET AL. (AC 16769)

Landau, Schaller and Sullivan, Js.

Argued February 20—officially released March 10, 1998

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* DESI ARNEZ MORTON (AC 16391)

Landau, Schaller and Sullivan, Js.

Argued February 20—officially released March 10, 1998

Per Curiam. The judgment is affirmed.